# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0161, <u>Michael Stringer & a. v. MJ 20 Beacon St., LLC & a.</u>, the court on September 29, 2022, issued the following order:**

Having considered the briefs filed by the plaintiffs, Michael and Barbara Stringer, the memorandum of law filed by defendant MJ 20 Beacon St., LLC, the brief filed by M & T Bank, the successor by merger to defendant People's United Bank, N.A., and the record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the plaintiffs, as the appealing parties, have not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**